NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESSE WASHINGTON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>P. ROUCH, Nurse Practitioner; C. SISODIA, Physicians Assistant,<br><br>        Defendants-Appellees,<br><br> and<br><br>N. HOLLAND,<br><br>        Defendant. | No. 18-16910<br><br>D.C. No. 1:15-cv-00725-DAD-BAM<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted June 11, 2019**

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Jesse Washington, a California state prisoner, appeals pro se from the district

---

    *       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    **     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Washington failed to raise a genuine dispute of material fact as to whether defendants Rouch and Sisodia were deliberately indifferent to his foot pain and flat feet condition. *See id*. at 1057-60 (explaining medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference); *id*. at 1058 (explaining "a prisoner must show that the chosen course of treatment was medically unacceptable under the circumstances and was chosen in conscious disregard of an excessive risk to [the prisoner's] health." (citation and internal quotation marks omitted)).

Defendants' motion to strike new evidence on appeal (Docket Entry No. 11) is granted.

**AFFIRMED.**